IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| NON-STOP DIGITAL SERVICES CENTRAL, L.L.C., et al., | : |
| Plaintiff, | : |
| v. | : Case No. 2:09CV248 |
| KEYSTONE INTERNATIONAL, HOLDINGS, L.L.C., et al. | : JUDGE ALGENON L. MARBLEY<br>: Magistrate Judge King |
| Defendant. | : |

## ORDER

This matter is before the Court on Defendants' Motion to Remand. Defendants filed a Notice of Removal in this case on April 1, 2009 on the basis of diversity jurisdiction. Upon discussion with counsel for Plaintiffs, Defendants state it has become clear that there is not complete diversity between Plaintiffs and Defendants. Defendants move the Court for an Order remanding this action to the Court of Common Pleas for Knox County, Ohio. Plaintiffs do not object. For the forgoing reasons, Defendants' Motion to Remand is **GRANTED**. It is thereby **ORDERED** that this case be **REMANDED** to the Court of Common Pleas for Knox County, Ohio.

                                                  s/Algenon L. Marbley
                                                  ALGENON L. MARBLEY
                                                  UNITED STATES DISTRICT COURT

**Dated: May 5, 2009**