# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

JUDGMENT IN A CIVIL CASE

| | | |
|---|---|---|
| **NON-STOP DIGITAL SERVICES CENTRAL, L.L.C., et al.,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | Case No. **2:09CV248** |
| v. | : | |
| | : | |
| **KEYSTONE INTERNATIONAL, HOLDINGS, L.L.C., et al.** | : | **JUDGE ALGENON L. MARBLEY** |
| | : | **Magistrate Judge King** |
| | : | |
| **Defendant.** | : | |

[ ] **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ ] **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

[X] **Decision by Court.** This action was decided by the Court without a trial or hearing.

> IT IS ORDERED AND ADJUDGED That pursuant to the May 6, 2009 Order, the Defendants' Motion to Remand is **GRANTED**. It is thereby **ORDERED** that this case be **REMANDED** to the Court of Common Pleas for Knox County, Ohio.

Date: **May 6, 2009**        James Bonini, Clerk

                                    ___s/Betty L. Clark_____
                                    Betty L. Clark/Deputy Clerk